**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Moraga v. Dorochoff, et. al.

Case Number:  FILED: AUGUST 2, 2008
08CV4387
JUDGE GETTLEMAN
MAGISTRATE JUDGE BROWN

JH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Ricardo Moraga

| | |
|---|---|
| NAME (Type or print) Mark S. Kocol | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)    s/Mark S. Kocol | |
| FIRM  Mark S. Kocol, P.C. | |
| STREET ADDRESS  53 West Jackson Blvd  #1752 | |
| CITY/STATE/ZIP   Chicago, IL  60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER   312-588-0466 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Yes | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   Yes | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Yes | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Yes | |

IF THIS IS A CRIMINAL CASE, USE AN " X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                                    APPOINTED COUNSEL